# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2014

148288

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

KEITH T. ROBINSON,
    Defendant-Appellant.

SC: 148288
COA: 298929
Wayne CC: 95-010596-FC

_____/

On order of the Court, the application for leave to appeal the October 24, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MCCORMACK, J., not participating because of her prior involvement in this case as counsel for a party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2014



h0416

Clerk